■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES A. BYRD, JR., Appellant.—Judgment unanimously modified as a matter of discretion in the interest of justice by ordering the sentences imposed to run concurrently and as modified the judgment is affirmed. (Appeal from judgment of Ontario County Court, Reed, J.—forgery, second degree, and other charges.) Present—Dillon, P. J., Boomer, Green, Pine and Davis, JJ.